USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AM RE SYNDICATE, INC., :
:
                      Plaintiff, :
:
         -against- :      22-CV-1028 (VEC)
:
GENERAL INSURANCE CORPORATION OF :      ORDER
INDIA, :
:
                    Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 8, 2022, Defendant filed a motion to dismiss, Dkt. 16;

    WHEREAS on April 8, 2022, Defendant filed an answer and counterclaims, Dkt. 15; and

    WHEREAS on April 21, 2022, Plaintiff filed an Amended Complaint, Dkt. 22;

    IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. Not later than **May 12, 2022**, Defendant must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

    IT IS FURTHER ORDERED that Plaintiff must answer, move, or otherwise respond to Defendant's counterclaims by no later than **April 29, 2022**.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 16.

**SO ORDERED.**

Date:  April 22, 2022
         New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**