USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  AM RE SYNDICATE, INC.,                    :
                                            :
                          Plaintiff,        :
                                            :
            -against-                       :    22-CV-1028 (VEC)
                                            :
  GENERAL INSURANCE CORPORATION OF          :        ORDER
  INDIA,                                    :
                                            :
                          Defendant.        :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 29, 2022, Plaintiff filed a partial motion to dismiss Defendant's counterclaims I, II, and III, Dkt. 25;

WHEREAS on May 12, 2022, Defendant amended its counterclaims, Dkt. 28; and

WHEREAS on June 2, 2022, Plaintiff moved to dismiss Defendant's amended counterclaim, Dkt. 38.

IT IS HEREBY ORDERED that Plaintiff's partial motion to dismiss at Dkt. 25 is DENIED as moot.

IT IS FURTHER ORDERED that Defendant's deadline to oppose the partial motion to dismiss its counterclaim is **June 16, 2022,** and Plaintiff's deadline to reply is **June 23, 2022**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 25.

**SO ORDERED.**

**Date: June 3, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**